UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00216-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MATHEW REED

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Unopposed Request to Waive Defendant's Appearance at the Status Conference Scheduled for June 18, 2007, is **GRANTED**.

    Dated: June 15, 2007