UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00216-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MATHEW REED

    Defendant.
_____

## ORDER DESIGNATING CASE AS COMPLEX
_____

Before the Court is an Agreed Motion to Certify Case as Complex under 18 U.S.C. § 3161(h)(8), filed June 8, 2007 (docket #8). The Court heard argument on the motion at a hearing on June 18, 2007. The motion asserts that the issues in this case are unusual and complex, that this case should be declared complex pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), and that the Government agrees that the case should be declared complex. Having considered the motion, the arguments of counsel, and the file herein, I now make the following findings:

This case presents complex and novel questions of law and fact. The discovery is voluminous and involves complex natural gas trading transactions.

In light of the complexity of this case, I find that the ends of justice served by a continuance of the trial date outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

Thus, the Court finds that the motion should be and hereby is **GRANTED**, and this case is hereby certified as complex under 18 U.S.C. § 3161(h)(8)(b)(ii). It is

FURTHER ORDERED that an additional 120-days is excluded from the speedy trial deadline calculation. It is

FURTHER ORDERED that all pre-trial motions in this case shall be filed by **Friday, August 24, 2007.** Responses to these motions shall be filed by **Friday, September 14, 2007**. It is

FURTHER ORDERED that a status conference and a hearing on pending motions shall take place, **Friday, October 5, 2007, at 1:30 p.m.**

Dated: June 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge