IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00216-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MATHEW REED,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the United States' Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e)(3)(C)(I). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, it is therefore

ORDERED that the United States' Motion to Disclose Grand Jury Material to Defendant, filed August 7, 2007 (docket #19), is **GRANTED**. It is

FURTHER ORDERED that grand jury materials, including testimony and exhibits, may be disclosed to the defendant and his attorney in the course of discovery in this case. It is

FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendant and his attorney; that the defendant's attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States

at the end of the case.

Dated: August 9, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge