IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00216-WYD

UNITED STATES OF AMERICA,

　　Plaintiff,

v.

1. MATHEW REED,

　　Defendant.

## ORDER

THIS MATTER is before the Court regarding the following motions (1) Defendant's Motion for Disclosure of 404(b) Evidence, filed September 10, 2007 (docket # 28); (2) Defendant's Motion for Release of Brady Materials, filed September 10, 2007 (docket # 30); (3) Defendant's Motion to Produce Discoverable Jencks Act Material, filed September 10, 2007 (docket #31); (4) Defendant's Motion to Continue Hearing on Pretrial Motions, filed October 11, 2007 (docket # 36); (5) Defendant's Motion to Dismiss Indictment or Counts of Indictment or to Strike Barred Allegations, filed September 10, 2007 (docket # 29). Based on the reasons stated on the record, it is hereby

ORDERED that Defendant's Motion for Disclosure of 404(b) Evidence, filed September 10, 2007 (docket # 28) is **GRANTED**. It is

FURTHER ORDERED that the government will provide written notice of its intent to introduce Rule 404(b) evidence to the defendant no later than 21 days before trial.

It is

FURTHER ORDERED that Defendant's Motion for Release of Brady Materials, filed September 10, 2007 (docket # 30) is **GRANTED**. It is

FURTHER ORDERED that Defendant's Motion to Produce Discoverable Jencks Act Material, filed September 10, 2007 (docket #31) is **DENIED AS MOOT**. It is

FURTHER ORDERED that Defendant's Motion to Continue Hearing on Pretrial Motions, filed October 11, 2007 (docket # 36) is **DENIED**. It is

FURTHER ORDERED that Defendant's Motion to Dismiss Indictment or Counts of Indictment or to Strike Barred Allegations, filed September 10, 2007 (docket # 29) is **DENIED**.

Dated: October 12, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge