UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00216-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MATTHEW REED

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Government shall filed a response to Defendant's Amended Motion for Early Termination of Supervised Release, filed September 3, 2010, [ECF No. 94], on or before **Friday, September 17, 2010.**

    Dated: September 3, 2010