UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00216-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. MATTHEW REED

     Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     United States Probation Department shall submit a response to Defendant's Amended Motion for Early Termination of Supervised Release, filed September 3, 2010, [ECF No. 94], on or before **Friday, October 29, 2010.**

     Dated:  October 6, 2010