UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00216-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. MATTHEW REED

        Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

        The Government and the United States Probation Department shall respond to Defendant's Second Motion for Early Termination of Supervised Release, filed April 25, 2011 [ECF No. 99] on or before **Monday, May 9, 2011.**

        Dated:  April 25, 2011